UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS | Case No. CV 13-9362-UA (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| J.P. MORGAN CHASE BANK, et al., | |
| Defendants. | |

    Pursuant to the Order Dismissing Action Without Prejudice,

    JUDGMENT IS HEREBY entered dismissing the action without prejudice.

DATED: 3/5/14

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\WILLIAMS 9362\Judgment.wpd